# EXHIBIT A

**RUSH LAW GROUP, LLC**
By: **William Rush, Esquire**                    **Attorney for Plaintiff**
38 N. 6th Street, P.O. Box 758
**Reading, PA 19603-0758**
Ph. (610) 413-5337 Fax 610-927-6219

| | | |
|---|---|---|
| ERICA HAMILTON, | : | IN THE BERKS COUNTY COURT OF |
| Plaintiff | : | COMMON PLEAS |
| v. | : | CIVIL ACTION – LAW: |
| | : | |
| | : | NO.   22-15287 |
| ALBRIGHT COLLEGE, | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## <u>NOTICE TO DEFEND</u>

YOU HAVE BEEN SUED in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty days (20) after this Complaint is served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses and objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the complaint or for any other claims or relief requested by the Plaintiff.  You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

Berks County Lawyer Referral Services
544 Court Street
Reading, PA 19601
Telephone: 610-375-4591

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

**RUSH LAW GROUP, LLC**
**By: William Rush, Esquire**                    **Attorney for Plaintiff**
**38 N. 6th Street, P.O. Box 758**
**Reading, PA 19603-0758**
**Ph. (610) 413-5337 Fax 610-927-6219**

| | | |
|---|---|---|
| ERICA HAMILTON, | : | IN THE BERKS COUNTY COURT OF |
| Plaintiff | : | COMMON PLEAS |
| v. | : | CIVIL ACTION – LAW: |
| | : | |
| | : | NO.   22-15287 |
| ALBRIGHT COLLEGE, | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## <u>AVISO</u>

¡**Has sido demandados en los tribunales.** Si desea defenderse de las reivindicaciones expuestas en las siguientes páginas , usted debe tomar medidas dentro de los veinte (20) días después de esta demanda modificada y aviso está servido , mediante la introducción de una apariencia escrito personalmente o mediante abogado y presentar por escrito ante la Corte sus defensas u objeciones a las reivindicaciones expuestas en su contra. Se le advierte que si no lo hace el caso puede proceder sin ti y se podrá entablar juicio en su contra por la Corte sin previo aviso por cualquier dinero reclamado en la demanda o por cualquier otro reclamo o compensación solicitada por la demandante . Es posible que pierda dinero o bienes o importación de otros derechos en su caso.

Debe tomar este papel a su abogado a la vez. Si usted no tiene un abogado o no puede pagar uno , dirigirse o llamar a la oficina se establece a continuación para averiguar dónde puede obtener ayuda legal.

<u>Lawyer's Referral Service of the</u>

<u>Berks County Bar Association</u>

<u>544 Court Street</u>

<u>Reading, Pennsylvania 19601</u>

<u>Telephone: (610-375-4591)</u>

**RUSH LAW GROUP, LLC**
By: William Rush, Esquire
38 N. 6th Street, P.O. Box 758
Reading, PA 19603-0758
Ph. (610) 413-5337 Fax 610-927-6219

**Attorney for Plaintiff**

| | | |
|---|---|---|
| ERICA HAMILTON, | : | IN THE BERKS COUNTY COURT OF |
| Plaintiff | : | COMMON PLEAS |
| v. | : | CIVIL ACTION – LAW: |
| | : | |
| | : | NO.   22-15287 |
| ALBRIGHT COLLEGE, | : | |
| Defendant | : | JURY TRIAL DEMANDED |

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

## COMPLAINT

Plaintiff, Erica Hamilton, by and through her counsel, Rush Law Group, LLC, respectfully avers as follows:

1. The amount in controversy in this case is above the mandatory arbitration limits of $50,000.00 for this jurisdiction pursuant to the Berks County and Pennsylvania Rules of Civil Procedure.

2. Plaintiff is Erica Hamilton, an adult individual with an address of 815 Franklin Street, Apt. 1210, Reading, Berks County, Pennsylvania 19602.

3. Defendant is Albright College, a college university with an address of 1621 N. 13th Street, Reading, Berks County, Pennsylvania 19604.

4. Plaintiff is a Polish American, who emigrated to the United States several years ago.

5. In 2021, Plaintiff was enrolled in Alright College, majoring in History and Religious Studies.

6. In 2021, Plaintiff took a class called "Religion and Movies". In this particular class, the professor, and then associate dean, Rob Seesengood, had shown a video to the class depicting a rape. Plaintiff reported the professor to the school for showing the video to the class.

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

7.  In 2022, Plaintiff was enrolled in Religious Responses to the Holocaust and a Senior Study class. Both were taught by the same professor, Jennifer Koosed.

8.  Professor Seesengood and Professor Koosed are husband and wife.

9.  An assigned reading for Religious Reponses to the Holocaust was a book titled 'A Convenient Hatred: The History of Anti-Semitism.

10. An assigned reading for Religious Responses to the Holocaust was a Book titled 'Maus: A Survivor's Tale'. This book details the author's father's experience during the Holocaust.

11. An assigned reading for Religious Responses to the Holocaust was a book titled 'Fear: Anti-Semitism in Poland. The book is a detailed depiction of Poland's contribution on World War II, as well as a description of the treatment of the Jewish survivors in Poland after the end of the war.

12. On or about March 27, 2022, Professor Koosed played a film of the ritual shaming of Bronia and Gerhard, which depicted the public humiliation tactics used by the Nazi's during World War II.

13.  The assigned readings called Polish people "dirty Polish pigs" for their contribution to the mass murdering of the Jewish people during the Holocaust. Professor Koosed then expressed in person, to Plaintiff, that "Polish pigs" were responsible for the Holocaust.

14. On or about February 22, 2022 there was an exam scheduled in Religious Responses to the Holocaust.

15. Plaintiff was approved by the University and Professor for "accommodated test administration" to allow Plaintiff to take her exams with more time, in a private place and via computer. These accommodations, despite being approved, were ignored. (Approved Accommodated Test Administration Form attached hereto as "Exhibit A").

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

16. Plaintiff was denied the right to take her exam by Professor Koosed. Plaintiff was given a zero percent.

17. On or about March 28, 2022, Plaintiff emailed her academic advisor expressing that she planned to withdraw from both her senior study and Religious Responses to the Holocaust (a copy of the email is attached hereto as "Exhibit B").

18. Plaintiff then emailed the Senior Vice President of Academic Affairs and the Dean of the Faculty, Karen Campbell, and explaining that she was withdrawing from her Senior Study and Religious Responses to the Holocaust because of racial slurs made by Professor Koosed against Polish People. In this email chain Plaintiff also stated that she believed that her grades were low due in part to retaliation for Plaintiff reporting Professor Koosed's husband during a previous semester. (a copy of the email is attached hereto as "Exhibit C")

19. Plaintiff completed her withdraw requests for both classes on March 28, 2022 due to her continued mental abuse regarding being Polish. (Withdraw Requests attached hereto as "Exhibit D")

20. Plaintiff contacted her advisor and explained that she was offended by the class, the treatment of the professor, the professor's comments, and reading and video material.

21. On or about April 1, 2022, Plaintiff contacted her academic advisor regarding her grades in her senior study and Religious Responses to the Holocaust. Her grades were much lower than they should have been on her midterm report. Her advisor explained to her that her grade in Religious Responses to the Holocaust was actually a C-. (the email chain is attached hereto as "Exhibit E" and Plaintiff's midterm grades are attached hereto as "Exhibit F").

22. On her about April 12, 2022, Plaintiff submitted her withdraw paperwork to withdraw from Senior Study and Religious Responses to the Holocaust.

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

23. On her about June 23, 2022, Plaintiff was informed that she would be on academic probation for the fall semester due to her low grades she received in Senior Study and Religious Responses to the Holocaust. (Notice is attached hereto as "Exhibit G").

24. Requiring Senior Study to graduate, Plaintiff reenrolled in this class for the fall 2022 semester. Plaintiff received an email at the end of the semester that she had passed the class with a C-. (Email attached hereto as "Exhibit H").

25. Plaintiff graduated in December of 2022, and as of the date of this filing has not received her diploma from Defendant.

**WHEREFORE**, Plaintiff, Erica Hamilton demands judgment in her favor and against Defendant in an amount not greater than $50,000.00, together with interest, fees and costs that this Honorable Court may find reasonable.

## COUNT I - <u>Breach of Contract</u>

26. Plaintiff hereby incorporates by reference Paragraphs 1-25 of this pleading.

27. Under the laws of the Commonwealth of Pennsylvania, Albright College had contractual obligations to the Plaintiff, including under The University's policies, to fairly grade Plaintiff on the merits of her classwork and award her a degree upon successful completion thereof..

28. Albright created express and implied contracts when Plaintiff accepted an offer of admission to Albright, paid the tuition and fees for her time as a student, moved to Reading during the duration of her enrollment, and started attending classes.

29. Albright promised to allow its community members, including Plaintiff, to live in a discrimination-free and defamation-free environment.

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

30.     Albright committed numerous investigative and procedural missteps, failed to engage in impartial fact finding, failed to fairly weigh evidence and concerns presented by Plaintiff, and harbored an overall institutional bias against Plaintiff in retaliation for her complaints, and failed to award her a degree.

31.     Albright's discrimination of Plaintiff on the basis of her gender, race, ethnicity and ancestry (demonstrated by its accusations of racism leveled against him and their stirring of such feelings of resentment in that regard) breached its own policies, the guarantees of due process and fundamental fairness, and the implied covenant of good faith and fair dealing.

32.     Albright's failure to properly investigate claims made by Plaintiff breached its own policies, the guarantees of due process and fundamental fairness, and the implied covenant of good faith and fair dealing.

33.     Albright has deprived Plaintiff of her contractual rights to due process and equal protection through the improper administration of the student conduct hearing process, retaliating against Plaintiff for valid complaints raises, and failed to award her the degree she earned, all in violation of Albright's guidelines and regulations and in violation of Pennsylvania laws.

34.     Albright failed to protect Plaintiff by standards of justice and fairness during the investigation of the charges she raised and in how it conducted investigations brought as a result.

35.     Albright's incomplete and arbitrary actions breached the Fifth and Fourteenth Amendment protections due to Plaintiff, violated the guarantees of due process and fundamental fairness, and the implied covenant of good faith and fair dealing.

36.     Plaintiff is entitled to recover damages for Albright's breach of the express and/or implied contractual obligations described above.

37.     As a result of the foregoing, Plaintiff is entitled to damages in an amount to be

determined at trial, plus prejudgment interest, attorneys' fees, expenses, costs and disbursements.

**WHEREFORE**, Plaintiff, Erica Hamilton demands judgment in her favor and against Defendant in an amount not greater than $50,000.00, together with interest, fees and costs that this Honorable Court may find reasonable.

**COUNT II - <u>Breach of Covenant of Good Faith and Fair Dealing</u>**

38.     Plaintiff hereby incorporates by reference Paragraphs 1-37 of this pleading.

39.     Based on the aforementioned facts and circumstances, Albright breached and violated its covenant of good faith and fair dealing implied in the agreement(s) with Plaintiff by failing to investigate serious claims brought by Plaintiff, notwithstanding the lack of evidence she presented, and by failing to respect her Fourteenth Amendment rights.

40.     As a direct and foreseeable consequence of these breaches, Plaintiff sustained tremendous damages, including, without limitation, emotional distress, economic injuries, and other direct and consequential damages.

41.     Plaintiff is entitled to recover damages for Albright's breach of the express and/or implied contractual obligations described above.

42.     As a result of the foregoing, Plaintiff is entitled to damages in an amount to be determined at trial, plus prejudgment interest, attorneys' fees, expenses, costs and disbursements.

**WHEREFORE**, Plaintiff, Erica Hamilton demands judgment in her favor and against Defendant in an amount not greater than $50,000.00, together with interest, fees and costs that this Honorable Court may find reasonable.

**COUNT III - <u>Injunctive Relief</u>**

43.     Plaintiff hereby incorporates by reference Paragraphs 1-42 of this pleading.

44.     By virtue of Albright's violation of Plaintiff's contractual, due process, and equal

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

protection rights, including under FERPA and the Fifth and Fourteenth Amendments, Plaintiff

has suffered irreparable harm for which money damages are an inadequate remedy.

45.     To address that harm, Plaintiff is entitled to injunctive relief from this Honorable

Court ordering Albright to (i) award Plaintiff the degree she earned and (ii) properly investigate

her claims of discrimination, which she suffered as a member of a protected class.

**WHEREFORE**, Plaintiff, Erica Hamilton demands judgment in her favor and against

Defendant in an amount not greater than $50,000.00, together with interest, fees and costs that

this Honorable Court may find reasonable.

### COUNT IV - <u>20 U.S.C. § 1681 (Title IX)</u>

46.     Plaintiff hereby incorporates by reference Paragraphs 1-45 of this pleading.

47.     Pursuant to Title IX of the Education Amendments of 1972, Plaintiff has a right

not to be subjected to university discrimination where sex is a motivating factor in the decision to

enforce the Honor Code and to impose sanctions.

48.     Title IX requires that federally funded colleges, like Albright, adopt and follow

grievance procedures that provide for "prompt and equitable" resolution of Title IX complaints.

See 34 CFR §106.8(b).

49.     The U.S. Department of Education advised Albright and other

educational institutions in at least April 2011 that their "prompt and equitable" procedures must

provide, at a minimum, certain protections, including "[a]dequate, reliable, and impartial

investigation of complaints, including the opportunity for both parties to present witnesses and

other evidence." The Department also advised that throughout an investigation, including at the

hearing, "the parties must have an equal opportunity to present relevant witnesses and other

evidence."

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

50.     As described above, Albright violated Plaintiff's rights when it failed to apply "equitable" procedures to the Plaintiff and ignored her claims of discrimination based on ethnicity and gender made by Plaintiff, in violation of the requirements of Title IX, in spite of evidence that the allegations against she brought were credible and, in fact, in spite of the evidence that the professor in question had a direct motivation and expressed anger toward Plaintiff for her husband's prior discipline.

51.     Even after the Plaintiff presented such evidence, Albright refused to conduct a proper investigation or do anything further. Albright merely withheld the awarding of Plaintiff's earned degree.

52.     Albright has failed to remediate its discriminatory actions against the Plaintiff.

53.     As a result of Albright's actions and omissions, Plaintiff has suffered multiple forms of damage, as set forth above.

**WHEREFORE**, Plaintiff, Erica Hamilton demands judgment in her favor and against Defendant in an amount not greater than $50,000.00, together with interest, fees and costs that this Honorable Court may find reasonable.

Respectfully Submitted,
**RUSH LAW GROUP, LLC**

By:     /s/ William Rush
        William R. A. Rush, Esquire
        Attorney I.D. 209596
        38 N. 6th Street, P.O. Box 0758
        Reading, PA 19603-0758
        (610) 413-5337
        Attorney for Plaintiff

Date: February 8, 2023

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

## **VERIFICATION**

I, WILLIAM R.A. RUSH, ESQUIRE, am the attorney for the Plaintiff in the within instrument. I hereby verify that the facts set forth therein are true and correct to the best of my knowledge, information and belief and that this verification is made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsification to authorities.

/s/ William Rush
William R.A. Rush

Date: February 8, 2023

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

**RUSH LAW GROUP, LLC**
**By: William Rush, Esquire**                                    **Attorney for Plaintiff**
**38 N. 6ᵗʰ Street, P.O. Box 758**
**Reading, PA 19603-0758**
**Ph. (610) 413-5337 Fax 610-927-6219**

| | | |
|---|---|---|
| ERICA HAMILTON, | : | IN THE BERKS COUNTY COURT OF |
| Plaintiff | : | COMMON PLEAS |
| v. | : | CIVIL ACTION – LAW: |
| | : | |
| | : | NO.    22-15287 |
| ALBRIGHT COLLEGE, | : | |
| Defendant | : | JURY TRIAL DEMANDED |

<u>**CERTIFICATE OF ADDRESSES**</u>

**Attorney for Plaintiff**
Rush Law Group, LLC
38 N. 6ᵗʰ Street
Reading, PA 19601

**Attorney for Defendant**
Sharon M. O'Donnell, Esquire
100 Corporate Center Dr., Ste 201
Camp Hill, PA 17011

**RUSH LAW GROUP, LLC**

By:    /s/ William Rush
       William R. A. Rush, Esquire
       Attorney I.D. 209596
       38 N. 6th Street, P.O. Box 0758
       Reading, PA 19603-0758

Date: February 8, 2023

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

 

**EXHIBIT**
A

**Accommodated Test Administration Form**
(Rev. 8.24.20)

Students must email th........ht.edu at least five (5) business days before the scheduled exam date. Please note testing rooms can only be reserved when this form is completed accurately by students and instructors. (When printing, please print double sided) Test room capacity is limited to maintain social distancing. Tests may be rescheduled for a different day or time if necessitated by room capacity.

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

## TO BE COMPLETED BY STUDENT

**STUDENT NAME:** ERICA HAMILTON

**EXAM DATE:** 2/22/2022

**COURSE (e.g., ANT 310):** 375 REL

**EXAM TIME:** 9:30am

**EXAM ACCOMMODATIONS REQUESTED:** (Approved by SAAO and on accommodation letters)
☐ 50% extra time   ☐ Distraction reduced environment   ☐ Computer use for exam
☐ Exam read by computer or in audio format   ☒ Other: 100%

**Academic Honesty Agreement:**
The testing center environment recognizes the same high standards of academic honesty that are expected and enforced in the classroom. As part of taking an exam in the testing center, I agree to maintain academic integrity, as outlined by Albright College's Academic Integrity Policy. I further understand that cheating will not be tolerated, and all instances of suspected academic dishonesty will be referred to the instructor by testing center staff.

**STUDENT SIGNATURE:** E Hamilton

## TO BE COMPLETED BY INSTRUCTOR

*Generally, the testing center cannot administer oral exams. Oral exams should be coordinated between the professor and student. If there are extenuating circumstances, please contact the SAAO at 610-921-7503.*

**INSTRUCTOR NAME:** JENNIFER KOOSED   **PHONE #** 610-921-7760

**TIME ALLOWED** for the test/ quiz for the general class: ___80___ min
(If no time is indicated, the testing center will assume the full class period.)
✓ I approve the day and the time for the exam as indicated by the student above.
___ I would like the student to take the exam on ___/___/___ and at ___:___ am/pm

**MATERIALS PERMITTED FOR TEST OR QUIZ:**
Please provide scantron forms or blue books if necessary. The testing center does not have access to these materials.
___ Non-graphing Calculator ___ Graphing Calculator ___ Formula Sheets ___ Open Book
___ Open Notes ___ Other _____

**Initial:** X Accommodations requested above match the student's accommodation letter for my class
**Are you available to answer questions during the exam?** (Yes, phone #: _____ or   No (please circle one)
484-651-0122 or email

**EXAM DELIVERY:** (at least 24 hours in advance preferred)
___ Email to testing@albright.edu (Only test coordination staff have access to this email)
X Hand delivered to testing center (Teel 301, 8:30 AM and 4:30 PM- a locked drop box is provided)
___ Hand delivered by student (Exam must be in a signed, tape-sealed envelope)

**EXAM RETURNED VIA:**
___ Instructor or designee will pick up at Teel 301 the same day of the test between 8:30am-4:30pm.
X Hand Deliver to building name, Chapel_____, and office number, Basement within 48 business hours.
To maximize exam safety, the testing center prefers to physically deliver exams to the building secretary or instructor. Should this not be possible at time of drop-off, the exam will be held at Teel 301 until arrangements are made to pick it up. The test center will email the instructor to confirm exam delivery to a secretary or if the exam has to be held in the testing center.

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287



**We need to meet**

Hamilton, Erica
Tue 3/29/2022 4:24 PM
To: Coleman, Anne M

EXHIBIT
B

Hello, how are you?

I am sick. I have a bad cold. Recovery from cold symptoms is much harder after Covid symptoms, since Covid-19 forms a scaring tissue around your lungs (and brain is affected as well), that recovery is just harder.

What do you want to talk about? I withdraw 2 classes, and not planning to go back. I am sorry. But this all looks just strange.

I have counselling service in the morning (Wednesday 9:15am to 10am).

I was not treated according my disability assistance I needed this semester, (except Professor Kauffman's class).

I am on disability due to mental severe depressive disorder. My chancellor will tell me what to do, since my health comes first, and he is part of my health care professional team. I am speechless and out of suggestions than for now to be just removed (myself) from conflict.

Best,

Erica Hamilton
610-330-7353



Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

To: Campbell, Karen A. <kcampbel@albright.edu>

Subject: Re: Cancelling our meeting this afternoon

I am withdrawing from classes Rel 375, and Rel 491 due to racial slurs the teacher (Dr. Koosed) used on several occasions in class - against native Polish people. I am Polish and I am proud of who I am.

Because of this event, I did not go to class for a week and miss my exam application due to being very disturbed by her teachings. The whole world is helping Ukraine and is proud of the Polish effort they are performing towards humanitarian efforts, but I am learning in this class that "we are PIGS, and who killed Jews." This is just an unacceptable approach and very unprofessional.

Another issue: There is that clear history with Dr. Koosed's husband "Seesengood," (where he was showing us in his class a "NAPI" movie and I reported him) my grades are probasly low.

I am not accepting this. After 4 years of study, having the lowest grade "C" and now I HAVE Fs and Ds!

I will withdraw from a conflict based on racial-ethnic discrimination, that Polish people caused a program in Poland killing Jews (especially after Holocaust event) and therefore they are "Polish Pigs," like Dr. Koosed mentioned in PRODIGY on several occasions including adding to her study hateful images and hateful slurs speech where Polias being Pigs - I cannot tolerate that kind of behavior. So now I am that "Polish Pig who [rat out] Seesangood, and I am part of my ethion Polish "PIGS" who set up killing centers outside Polish villages to exterminate Jewish people - so, now "I have to pay my price," by having purposely low grades, and therefore I will not graduate. Thank you for your excellence and non discriminating environment you so much talk about in your "Albright advertisement."

In the video film "Bronia and Gerhard" that we watch in class I will send a separate link email was a Polish couple having sex with a German person, therefore they were "Polish Pigs," send to a concentration camp/ and front-line war to fight Russians. The next thing Dr. Koosed showed was the racial book written by: Art Spiegelman "Maus", where he clearly demonstrates that polish people are PIGS, it seems this is not Holocaust class but "an ATTACK on Polish nation, ethnicity, culture and beyond! this class demonstrates full of hate and picking apart groups of people blaming them for horrific events that should never happen.

Best, Erica Hamilton

**ALBRIGHT COLLEGE**        **SCHEDULE CHANGE**        DATE OF REQUEST 3.28.22.

Student Name _ERICA HAMILTON_        Area of Concentration _History/Religious Studies._

ClassYear _____

| Check one | | | | | | | Approval Initials | |
| Drop | Add | Department | Course Number | Section Letter | Time-Days (Ex.: 8 MWF) | | Advisor | Instructor |
|---|---|---|---|---|---|---|---|---|
| ✓ | | | REL 375 | | | 3/1/GP | PAT | |
| | | | | | | | | |
| | | | | | 03/28/22 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Withdrawing from a course may affect the following:**

• Your eligibility for Financial Aid

• Your eligibility to participate in athletics and student activities

• Your ability to graduate on schedule

**EXHIBIT**

D

Student Signature _E. Hamilton_

**ALBRIGHT COLLEGE**  **SCHEDULE CHANGE**  DATE OF REQUEST 3.28.22

Student Name ERICA HAMILTON  Area of Concentration History/Religious Studies.

Class Year _____

| Check one | | Department | Course Number | Section Letter | Time-Days (Ex.: 8 MWF) | Approval Initials | |
| Drop | Add | | | | | Advisor | Instructor |
| ✓ | | | REL 491 | | | PAT | |
| | | | | | ⌀ 3/28/22 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Withdrawing from a course may affect the following:**

• Your eligibility for Financial Aid

• Your eligibility to participate in athletics and student activities

• Your ability to graduate on schedule

**Student Signature** E. Hamilton



Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287



Re: My grades are not adjusted

Hamilton, Erica                          Apr 1
Coleman, Junine M

Hello,

How are you?

I still have "F" in Rel 375 and "0" in Rel 491 on my
midterm report.

I do not see "C" on Rel 375, and I do not see
grade on my Rel 491

Thank you for your time.

Best,

Erica Hamilton
610-330-7353

Hamilton, Erica                          Apr 1
Fonte, Angela M., Campbell, Karen A

If you have time, can you look into this, please?

Reply to all

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287



**Hamilton, Erica**     Apr 1
Foote, Angela M., Campbell, Karen A

If you have time, can you look into this, please?

Thank you,

Erica Hamilton
610-330-7353

...

**Coleman, Anne M**     Apr 1
Hamilton, Erica

Hi Erica,

We just talked about your grades. Dr. Koosed keeps her own grade book. You currently have a C- in REL 375. The midterm grade of F is not going to change. That is a static grade submitted through a different system. I understand it is frustrating but professors do not need to post their grades in Canvas so there is not going to be a grade in the system. Dr. Koosed has assured me that you are not failing either class.

Anne

...


↓ GO TO THE LATEST



✉ ∨   Reply to all

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287



**Hamilton, Erica**                        Apr 1
Coleman, Anne M

Ok great 😊😊

Get Outlook for Android

⋯

**Hamilton, Erica**                        Apr 12
Coleman, Anne M, Kauffman, Shelley, + 5

Hello, how are you?

I am very skeptical about my grade, and I cannot
handle this MENTAL abuse. I never in 4 years
had grades F and Ds. I do not trust dr. Choose to
have a C· since all my papers are STILL Ds and
because I did not do an exam - it's 10% from the
grade, so that means I have an F. I cannot sleep
or concentrate anymore.
I really do not want to be on this kind of roller-
coaster in an abusive environment where
everything is IFFY...

I will drop my REL classes 375, and 491. I had
other great professors in the past in Religion
studies. I am going to the financial office

« ∨   Reply to all

Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

https://selfservice.albright.edu/SELFSERV/Grades/GradeReport

| REGISTRATION | GRADES | FINANCES | SEARCH | ALBRIGHT LINKS | FORGOT PASSWORD |
| --- | --- | --- | --- | --- | --- |

|  | Attempted | Earned | Term | Overall |
| --- | --- | --- | --- | --- |
|  | 0.00 | 0.00 | 0.000 | 0.000 |

## 01 Session

| Course | Units | Quality Points | Midterm Grade | Final Grade |
| --- | --- | --- | --- | --- |
| ESS205: Physical Geology/Lab  Subtype: Lecture \| Section: A  Type: Course \| Credit type: Credit | 1.00 | 0.00 |  | B- |
| REL375: Religious Responses to the Holocaust  Subtype: Lecture \| Section: A  Type: Course \| Credit type: Credit | 1.00 | 0.00 |  | F |
| REL491: Senior Seminar  Subtype: Independent Study \| Section: B  Type: Course \| Credit type: Credit | 1.00 | 0.00 |  |  |

EXHIBIT



Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287



**Dear Erica**

I hope your summer is off to a positive start.

It appears from your spring grades that your semester did not go as planned. Your semester GPA was below the 2.0 minimum for good academic standing. However, your cumulative GPA is still above that required for your class level. Because of this you have been placed on **Academic Warning for Fall 2022**. We know this semester is not representative of you as a student. Sometimes life circumstances impact us in ways we were not prepared for. We want to make sure you get back on track and avoid being placed on Academic Probation which has larger implications.

Being placed on Academic Warning is an opportunity to receive additional support while you evaluate your goals, identify your challenges, and focus your energy on resetting and making academic progress. Albright believes in your abilities and is committed to providing you with the support you need to be

↰ ⌄  Reply

No internet connection



Received County of Berks Prothonotary's Office on 02/08/2023 12:27 PM Prothonotary Docket No. 22-15287

**Koosed, Jennifer L.**
Hamilton, Erica

8:24 PM

Hello Erica,

I have graded your final paper, and submitted your grade for REL 491 to the registrar.

I could tell you worked hard on your final paper. However, it suffered from not having a clear thesis and being very disorganized.  Even chronologically, it jumped around throughout.  Your prose was also difficult to read.  I scored your paper a 66%.

Your grade is REL 491 is a C-.

Thank you for all of your work and attention.  You are now officially graduated!  Best of luck in your next stage of life.

Jennifer Koosed

Sent from my iPhone

↩ ⌄   Reply

